LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3381-GAF (PJWx) | Date | June 1, 2012 |
|---|---|---|---|
| Title | Eternal Beverages Inc et al v. Premium Healthy Spring Water Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        **(In Chambers)**

**ORDER TO SHOW CAUSE**

Plaintiff has failed to submit the required Report on the Filing or Determination of an Action Regarding a Patent or Trademark (form AO-120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (form A0-121).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by the close of business on **Monday, June 18, 2012** why the Court should not dismiss this action.

Submission of the required AO-120 and/or AO-121 form will satisfy this Order.

Failure to respond to this OSC will be deemed consent to the dismissal of the action.

IT IS SO ORDERED.